IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| DEANNA B., | : Case No. 1:22-cv-604 |
| Plaintiff, | : Judge Matthew W. McFarland |
| | : Magistrate Judge Caroline H. Gentry |
| v. | : |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION., | : |
| Defendant. | : |

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 12)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Caroline H. Gentry (Doc. 12), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety and **ORDERS** the following:

1. Plaintiff's Statement of Errors (Doc. 8) is **GRANTED**;

2. The Commissioner's non-disability determination is **REVERSED**;

3. This Court does not make a finding as to whether Plaintiff was under a "disability" within the meaning of the Social Security Act;

4. This matter is hereby **REMANDED** to the Social Security Administration under Sentence Four of 42 U.S.C. § 405(g) for further consideration consistent with this Decision and Order; and

5. This case is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

                                      UNITED STATES DISTRICT COURT
                                      SOUTHERN DISTRICT OF OHIO

By: *[signature]*
                                      JUDGE MATTHEW W. McFARLAND