IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| DEANNA B., | : | Case No. 1:22-cv-604 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Caroline H. Gentry |
| v. | : | |
| | : | |
| COMMISSIONER OF | : | |
| SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. 16)

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Caroline H. Gentry (Doc. 16), to whom this case is referred. Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the entirety of said Report and Recommendations and **ORDERS** the following:

1. The Court **GRANTS** the parties' Joint Motion for an Award of Attorney's Fees Under the Equal Access to Justice Act ("EAJA") (Doc. 15);

2. The Commissioner shall pay Plaintiff's attorney's fees in the amount of $5,250.00 and $0.00 in costs, for a total award of $5,250.00;

3. Counsel for the parties shall verify whether Plaintiff owes a preexisting debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA

award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel; and

4. The case shall remain terminated on the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND